AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF MONTANA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, THE CENTER FOR A HUMANE ECONOMY; PROJECT COYOTE, a project of EARTH ISLAND INSTITUTE, INC.; THE KETTLE RANGE CONSERVATION GROUP; FOOTLOOSE MONTANA; and THE GALLATIN WILDLIFE ASSOCIATION<br>*Plaintiff(s)*<br>v.<br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and DEB HAALAND, Secretary of the Interior<br>*Defendant(s)* | Civil Action No. CV 24-97-M-KLD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick B. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Farris-Olsen
Morrison Sherwood Wilson Deola, PLLP
P.O. Box 556
Helena, MT 59624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/3/24

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*