IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANIMAL WELLNESS ACTION; THE CENTER FOR A HUMANE ECONOMY; PROJECT COYOTE, a project of EARTH ISLAND INSTITUTE, INC.; THE KETTLE RANGE CONSERVATION GROUP; FOOTLOOSE MONTANA; and THE GALLATIN WILDLIFE ASSOCIATION,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and DEB HAALAND, Secretary of the Interior,<br><br>        Defendants. | CV 24-97-M-KLD<br><br>**ORDER** |

Plaintiffs move for the admission of Jessica L. Blome to practice before this Court in this case with Robert Farris-Olson to act as local counsel. Ms. Blome's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Jessica L. Blome pro hac vice is GRANTED on the condition that Ms. Blome shall do her own work. This means that Ms. Blome must do her own writing, sign her

own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Ms. Blome's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Blome.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Blome, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 8th day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge