IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANIMAL WELLNESS ACTION; THE CENTER FOR A HUMANE ECONOMY; PROJECT COYOTE, a project of EARTH ISLAND INSTITUTE, INC.; THE KETTLE RANGE CONSERVATION GROUP; FOOTLOOSE MONTANA; and THE GALLATIN WILDLIFE ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and DEB HAALAND, Secretary of the Interior,<br><br>    Defendants. | CV 24-97-M-KLD<br><br>**ORDER** |

    IT IS HEREBY ORDERED that this case is reassigned to the Honorable Donald W. Molloy for all further proceedings.

    DATED this 16th day of July, 2024.

_____
Brian Morris, Chief District Judge
United States District Court