IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case<br>CV 24–86–M–DWM |
| Plaintiffs, | Member Cases<br>CV 24–87–M–DWM<br>CV 24–97–M–DWM |
| WESTERN WATERSHEDS PROJECT, et al., | |
| Consolidated Plaintiffs, | ORDER |
| ANIMAL WELLNESS ACTION, et al., | |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION, | |
| Defendant-Intervenors. | |

On July 2, 2024, Animal Wellness Action, The Center for a Humane Economy, Project Coyote, The Kettle Range Conservation Group, Footloose

1

Montana, and the Gallatin Wildlife Association brought another lawsuit against Defendants regarding their Finding that the Western gray wolf distinct population segment does not warrant listing as an endangered or threatened species under the Endangered Species Act ("ESA"). (*See* CV 24–97–M–DWM, Doc. 1.) There being common issues of fact and law, consolidation of the above-captioned cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). (*See id.*, Doc. 9.)

Accordingly, IT IS ORDERED that the above-captioned cases are consolidated for all further proceedings under the case number CV 24–86–M–DWM and captioned as shown above. The Clerk of Court shall file this Order in the docket for each case. The defendants in *Animal Wellness Action, et al.* shall file their answer in CV 24–97–M–DWM. All other documents shall be filed in the lead case, CV 24–86–M–DWM, and spread to the member cases.

IT IS FURTHER ORDERED that the parties must file their proposed case management plan on or before July 22, 2024 consistent with this Court's prior Orders. (*See* Docs. 6, 12.) In light of the similar claims raised in the three cases, the parties' proposed case management plan should reflect that Plaintiffs and both sets of Consolidated Plaintiffs will be expected to file joint briefs.

DATED this 16th day of July, 2024.

Donald W. Molloy, District Judge
United States District Court

2