Hannah Stone, Esq.
Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE &
    STEINBRENNER, P.C.
620 High Park Way ▪ P.O. Box 4947
Missoula, MT 59806-4947
hstone@bigskylawyers.com;
acampbell@bigskylawyers.com

*Attorneys for Defendants-Intervenors Sportsmen's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation*

Michael T. Jean
SPORTSMEN'S ALLIANCE FOUNDATION
801 Kingsmill Parkway
Columbus, OH 43299
mjean@sportsmensalliance.org

*Attorney for Defendant-Intervenor Sportsmen's Alliance Foundation*

Regina Lennox
SAFARI CLUB INTERNATIONAL
501 2nd Street NE
Washington, DC 20002
rlennox@safariclub.org

*Attorney for Defendant-Intervenor Safari Club International*

James H. Lister
BIRCH HORTON BITTNER & CHEROT
1150 Connecticut Ave NW, Ste. 350
Washington, DC 20036
jlister@dc.bhb.com

*Attorney for Defendant-Intervenor Rocky Mountain Elk Foundation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al<br><br>Plaintiffs,<br><br>WESTERN WATERSHEDS PROJECT, et al,<br><br>Consolidated Plaintiffs,<br><br>ANIMAL WELLNESS ACTION, et al,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>SPORTSMEN'S ALLIANCE FOUNDATION, SAFARI CLUB INTERNATIONAL, and ROCKY MOUNTAIN ELK FOUNDATION,<br><br>Defendants-Intervenors. | **Lead Case<br>9:24-cv-00086-DWM**<br><br>Member Cases<br>9:24-cv-00087-DWM<br>9:24-cv-00097-DWM<br><br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF TERMS FOR ADMISSION OF *PRO HAC VICE* OF REGINA LENNOX** |

Please take notice that Regina Lennox, counsel for Defendant-Intervenor Safari Club International, hereby acknowledges and accepts the admission *pro hac vice* pursuant to the conditions set for in the Court's July 16, 2024 Order (Doc. 25).

Additionally, I will be the attorney with full authority to make any and all decisions related to the administration of this case and to be the primary point of contact for the opposing parties.

DATED this 16 day of July, 2024.

Respectfully submitted,

By _____
Regina Lennox
*Attorney for Defendant-Intervenor Safari Club International*