**Alexander R. Scolavino III** (Mont. Bar No. 68806621)
Agency Legal Counsel
**Jeffrey M. Hindoien** (Mont. Bar No. 4101)
Chief Legal Counsel
Montana Fish, Wildlife and Parks
P.O. Box 200701
Helena, Montana 59620-0701
(406) 594-8050; (406) 594-9023
Alexander.Scolavino@mt.gov; jeff.hindoien@mt.gov
*Attorneys for State of Montana and*
*Montana Fish, Wildlife and Parks*
*Proposed Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>WESTERN WATERSHEDS PROJECT, et al.,<br><br>Consolidated Plaintiffs,<br><br>ANIMAL WELLNESS ACTION, et al.,<br><br>Consolidated Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants,<br><br>SPORTSMEN'S ALLIANCE FOUNDATION, et al., | Lead Case<br>CV 24-86-M-DWM<br><br>Member Case<br>CV-24-87-M-DWM<br>CV-24-97-M-DWM<br><br>**UNOPPOSED MOTION TO INTERVENE AS A DEFENDANT BY STATE OF MONTANA AND MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS** |

|  |
|--|
| Defendant-Intervenors. |
| STATE OF MONTANA and MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS, |
| Defendant-Intervenors Applicants. |

Pursuant to Fed. R. Civ. P. 24(a) and this Court's Local Rule 24.1, the State of Montana and Montana Fish, Wildlife and Parks (together, "Montana"), hereby request that this Court grant leave to intervene as a matter of right as Defendants in the above-captioned case. Alternatively, Montana requests this Court for leave to intervene by permission as Defendants, pursuant to Fed. R. Civ. P. 24(b).

As grounds for this motion, Montana states:

1. Montana meets the requirements for intervention as a matter of right under Fed. R. Civ. P. 24(a)(2), as more fully set forth in the brief in support that accompanies this motion.

2. Montana alternatively meets the requirements for permissive intervention under Fed. R. Civ. P. 24(b), as more fully set forth in the brief in support that accompanies this motion.

3. This motion is timely filed, as required by Fed. R. Civ. P. 24, and as more fully set forth in the brief in support that accompanies this motion.

4. This motion is being served on all the parties, as provided for in Fed. R. Civ. P. 5, and as required by Fed. R. Civ. P. 24(c).

5. This motion is accompanied by a proposed answer that sets forth the defenses for which intervention is sought, as required by Fed. R. Civ. P. 24(c).

6. This motion is accompanied by a proposed order for intervention, as required by this Court's Local Rule 7.1(c)(3).

Counsel for Montana discussed Montana's proposed intervention with counsel for all parties. Plaintiffs Center for Biological Diversity, *et al.*, do not oppose intervention, granted Montana briefing be subject to the word limitations in Local Rule 7.1(d)(2). Consolidated Plaintiffs Western Watersheds Project, *et al.*, do not take a position on Montana's motion to intervene. Consolidated Plaintiffs Animal Wellness Action, *et al.*, take no position on Montana's motion to intervene. The Defendants take no position on Montana's motion to intervene. Lastly, the Defendant-Intervenors do not oppose Montana's motion to intervene. Accordingly, this motion is unopposed.

RESPECTFULLY SUBMITTED this 24th day of September, 2024.

*/s/ Alexander R. Scolavino III*
**Alexander R. Scolavino III**
Agency Legal Counsel

**Jeffrey M. Hindoien**
Chief Legal Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, of Montana Fish, Wildlife and Parks, Attorneys for Proposed Intervenor, hereby certify that on September 25, 2024, a copy of the foregoing document was served via email delivery on the following persons:

1. Kristine Marie Akland
   AKLAND LAW FIRM, PLLC
   317 E. Spruce St. *P.O. Box 7274
   Missoula, MT 59807
   kakland@biologicaldiversity.org

2. Collette L. Adkins
   CENTER FOR BIOLOGICAL DIVERSITY – CIRCLE PINES
   P.O. Box 595
   Circle Pines, MN 55014-0595
   cadkins@biologicaldiversity.org

3. Margaret Ellen Robinson
   HUMANE SOCITY OF THE UNITED STATES
   1255 23rd St. NW, Suite 450
   Washington, DC 20037
   mrobinson@humanesociety.org

   *Attorneys for Plaintiffs Center for Biological Diversity, Humane Society of the United States, Humane Society Legislative Fund, Sierra Club*

4. Kelly E. Nokes
   WESTERN EVIRONMENTAL LAW CENTER – COLORADO
   P.O. Box 218
   Buena Vista, CO 81211
   nokes@westernlaw.org

5. Matthew K. Bishop
   WESTERN ENVIRONMENTAL LAW CENTER
   103 Reeder's Alley
   Helena, MTG 59601
   bishop@westernlaw.org

   *Attorneys for Consolidated Plaintiffs Western Watershed Project, International Wildlife Coexistence Network, WildEarth Guardians, Nimiipuu Protecting the Earth, Alliance for the Wild Rockies, Friends of the Clearwater, Wilderness Watch, Predator Defense, Trap Free Montana, Protect the Wolves*

6.     Astrid Stuth Cevallos
       Environment & Natural Resources Division
       Wildlife & Marine Resources Section
       U.S.S DEPARTMENT OF JUSTICE
       150 M St. NE
       Washington, DC 20002
       astrid.cevallos@usdoj.gov

       *Attorneys for Defendants Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Services; Beb Haaland, in her official capacity as Secretary of the Interior; and United States Department of the Interior*

7.     Hannah Stone, Esq.
       Alyssa L. Campbell, Esq.
       MILODRAGOVICH, DALE & STEINBRENNER, P.C.
       600 High Park Way *P.O. Box 4947
       hstone@bigskylawyers.com
       acampbell@bigskylawyers.com

       *Attorneys for Defendant-Intervenor Sportsman's Alliance Foundation, Safari Club International, and Rocky Mountain Elk Foundation*

8.     Michael T. Jean
       SPORTSMEN'S ALLIANCE FOUNDATION
       801 Kingsmill Parkway
       Columbus, OH 73299
       mjean@sportsmansalliance.org

       *Attorney for Defendant-Intervenor Sportsman's Alliance Foundation*

9.     Regina Lennox
       SAFARI CLUB INTERNATIONAL
       501 2nd Street NE
       Washington, DC 20002
       rlennox@safariclub.org

       *Attorney for Defendant-Intervenor Safari Club International*

//

//

10.     James H. Lister
        BIRCH HORTON BITTNER & CHEROT
        1100 Connecticut Ave. NW, Suite 825
        Washington, DC 20036
        jlister@dc.bhb.com

        *Attorney for Defendant-Intervenor Rocky Mountain Elk Foundation*

                              By: */s/ Alexander R. Scolavino III*
                                      **Alexander R. Scolavino III**
                                      Agency Legal Counsel