**Alexander R. Scolavino III** (Mont. Bar No. 68806621)
Agency Legal Counsel
**Jeffrey M. Hindoien** (Mont. Bar No. 4101)
Chief Legal Counsel
Montana Fish, Wildlife and Parks
P.O. Box 200701
Helena, Montana 59620-0701
(406) 594-8050; (406) 594-9023
Alexander.Scolavino@mt.gov; jeff.hindoien@mt.gov
*Attorneys for State of Montana and*
*Montana Fish, Wildlife and Parks*
*Proposed Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case CV 24-86-M-DWM |
| Plaintiffs, | Member Case CV-24-87-M-DWM CV-24-97-M-DWM |
| WESTERN WATERSHEDS PROJECT, et al., | |
| Consolidated Plaintiffs, | **PROPOSED ORDER GRANTING THE UNOPPOSED MOTION TO INTERVENE AS A DEFENDANT BY STATE OF MONTANA AND MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS** |
| ANIMAL WELLNESS ACTION, et al., | |
| Consolidated Plaintiffs, | |
| vs. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |

SPORTSMEN'S ALLIANCE
FOUNDATION, et al.,

      Defendant-Intervenors.

STATE OF MONTANA and
MONTANA DEPARTMENT OF FISH,
WILDLIFE AND PARKS,

      Defendant-Intervenors.

The State of Montana and Montana Fish, Wildlife and Parks (together, "Montana") have filed a motion to intervene as a matter of right in this action pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, to intervene at the Court's discretion pursuant to Rule 24(b).

Good cause showing, IT IS ORDERED that the Unopposed Motion to Intervene as a Defendant by State of Montana and Montana Department of Fish, Wildlife and Parks is GRANTED.

IT IS FURTHER ORDERED that Montana must adhere to the briefing schedule identified in the case management order (Doc. 33) and that Montana's combined cross-motion, if any, and response to the Plaintiffs' and Consolidated Plaintiffs' motion for summary judgment be limited to 6,500 words, and Montana's reply be limited to 2,000 words.

//

//

IT IS FURTHER ORDERED that the caption is modified as reflected above

and that the Clerk of this Court is directed to file the lodged Answers of Montana.

DATED this _____ day of _____, 2024.


_____
Donald W. Molloy, District Judge
United States District Court